AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

## APPEARANCE

Case Number: 08mj1168

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

ANNA ROSA GUILLEN

I certify that I am admitted to practice in this court.

4/24/2008
Date

/s/ Devin J. Burstein
Signature

Devin J. Burstein / Federal Defenders of SD 255389
Print Name Bar Number

225 Broadway, Suite 900
Address

San Diego, CA 92101
City State Zip Code

(619) 234-8467 (619) 687-2666
Phone Number Fax Number