FILED

08 MAY -6 AM 11:28

BY: [signature] DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

July 2007 Grand Jury '08 CR 1438 L

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>ANNA ROSA GUILLEN,<br>Defendant. | Criminal Case No. ________<br>I N D I C T M E N T<br>Title 18, U.S.C., Sec. 545 - Importing Merchandise Subject to Seizure |

The grand jury charges:

On or about April 10, 2008, within the Southern District of California, defendant ANNA ROSA GUILLEN did knowingly and intentionally import and bring into the United States from Mexico certain merchandise, to wit, pharmaceuticals, contrary to law, in that said merchandise had not been presented for inspection and declared as provided by Title 19, United States Code, Section 1461; in violation of Title 18, United States Code, Section 545.

DATED: May 6, 2008.

A TRUE BILL:

[signature]
Foreperson

KAREN P. HEWITT
United States Attorney

By: [signature]
CARLA J. BRESSLER
Assistant U.S. Attorney

CJB:nlv:San Diego
5/5/08