✎AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

V.

ANNA ROSA GUILLEN

## APPEARANCE

Case Number: 08CR1438-MJL

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for
ANNA ROSA GUILLEN

*I am co-counsel on the case.

I certify that I am admitted to practice in this court.

5/8/2008
Date

/s/ SHEREEN J. CHARLICK
Signature

Shereen J. Charlick / Federal Defenders — 147533
Print Name — Bar Number

225 Broadway, Suite 900
Address

San Diego, CA 92101
City State Zip Code

(619) 234-8467 — (619) 687-2666
Phone Number — Fax Number

Print | Save As... | Export as FDF | Retrieve FDF File | Reset

# CERTIFICATE OF SERVICE

Counsel for Defendant certifies that the foregoing Notice of Appearance is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

**U.S. ATTORNEY - CR**
Efile.dkt.gc2@usdoj.gov

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.
(No manual recipients)

Dated: May 8, 2008

/s/ Shereen J. Charlick

SHEREEN J. CHARLICK
Federal Defenders
225 Broadway, Suite 900
San Diego, CA 92101-5030
(619) 234-8467 (tel)
(619) 687-2666 (fax)
e-mail:Shereen_Charlick@fd.org