UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 08cr1438-L |
| | ) | |
| v. | ) | |
| | ) | |
| ANNA ROSA GUILLEN, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Counsel for Defendant certifies that the foregoing pleading, is true and accurate to the best of his information and belief, and that a copy of the foregoing Joint Motion to Continue Motion Hearing/Trial Setting has been electronically served this day upon:

Caroline Han
United States Attorney's Office
880 Front Street
San Diego, CA 92101

Dated: May 22, 2008

*/s/ Devin J. Burstein*
DEVIN J. BURSTEIN
Federal Defenders
225 Broadway, Suite 900
San Diego, CA 92101-5030
(619) 234-8467 (tel)
(619) 687-2666 (fax)
devin_burstein@fd.org