**DEVIN BURSTEIN**
California Bar No. 255389
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467
devin_burstein@fd.org

Attorneys for Ms. Guillen

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE M. JAMES LORENZ)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANNA ROSA GUILLEN,<br><br>Defendant. | CASE NO.: 08CR1438-L<br><br>Date: July 21, 2008<br>Time: 2:00 p.m.<br><br>NOTICE OF MOTIONS AND MOTIONS TO:<br><br>(1) COMPEL DISCOVERY;<br>(2) PRESERVE EVIDENCE;<br>(3) DISMISS INDICTMENT DUE TO IMPROPER GRAND JURY INSTRUCTIONS; AND<br>(4) GRANT LEAVE TO FILE FURTHER MOTIONS |

**TO: KAREN P. HEWITT, INTERIM UNITED STATES ATTORNEY, AND CAROLINE HAN, ASSISTANT UNITED STATES ATTORNEY:**

PLEASE TAKE NOTICE that on July 21, 2008, at 2:00 p.m., or as soon thereafter as counsel may be heard, defendant, ANNA ROSA GUILLEN, by and through her attorneys, Devin Burstein and Federal Defenders of San Diego, Inc., will ask this Court to enter an order granting the following motions.

///

///

///

///

///

///

**MOTIONS**

Defendant, ANNA ROSA GUILLEN, by and through her attorneys, Devin Burstein and Federal Defenders of San Diego, Inc., asks this Court pursuant to the United States Constitution, the Federal Rules of Criminal Procedure, and all other applicable statutes, case law, and local rules for an order to:

(1) Compel Discovery;

(2) Preserve Evidence;

(3) Dismiss the Indictment; and

(4) Grant Leave to File Further Motions.

These motions are based upon the instant motions and notice of motions, the attached statement of facts and memorandum of points and authorities, the files and records in the above-captioned matter, and any and all other materials that may come to this Court's attention prior to or during the hearing of these motions.

Respectfully submitted,

Dated: May 22, 2008

*/s/ Devin Burstein*
**DEVIN BURSTEIN**
Federal Defenders of San Diego, Inc.
Attorneys for Ms. Guillen