**DEVIN J. BURSTEIN**
California Bar No. 255389
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467
devin_burstein@fd.org

Attorneys for Ms. Guillen

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE M. JAMES LORENZ)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>**ANNA ROSA GUILLEN,**<br>Defendant. | Criminal No. 08CR1438-L<br>**ACKNOWLEDGMENT**<br>**OF NEXT COURT DATE** |

I, Anna Rosa Guillen, the defendant named in the above-captioned case, hereby acknowledge that the next court date in this matter is as follows:

July 21, 2008 at 2:00 p.m. for motion hearing/trial setting.

I further acknowledge that this court appearance is to take place before the Honorable M. James Lorenz, United States District Court, Southern District of California at San Diego, California and that I am ordered to appear in accordance with the conditions of my pretrial release.

I declare that the foregoing is true and correct.

Dated: 5/23/08

Anna Guillen
ANNA ROSA GUILLEN